# IN THE SUPREME COURT OF TEXAS

═══════════════
No. 13-0294
═══════════════

IN RE RCI ENTERTAINMENT (SAN ANTONIO), INC., RELATOR

═══════════════════════════════════
ON PETITION FOR WRIT OF MANDAMUS
═══════════════════════════════════

### ORDER

     1.     The motion to abate, filed on December 18, 2013, is granted, and this case is **ABATED**.

     2.     This case is abated until further order of this Court and is removed from the Court's active docket, subject to reinstatement upon proper motion. All documents pending or filed are abated subject to being reurged in the event the case is reinstated. The Court directs the parties to notify the Court of all events affecting the status of this case, and, in any event, to file a status report by February 21, 2014.

     Done at the City of Austin, this 23rd day of December, 2013.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk